UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>FELIX ALVAREZ,<br>    a/k/a Jose Luis,<br>    a/k/a Jose Luis Medrano,<br>    a/k/a Anibal DeJesus | ) Criminal Number: 04-10295-PBS<br>)<br>) Violations:<br>)<br>)<br>)<br>) 21 U.S.C. § 841(a)(1)-<br>) Possession of Heroin with<br>) Intent to Distribute<br>)<br>) 18 U.S.C. § 2 -<br>) Aiding and Abetting |

### INDICTMENT

COUNT ONE:   (Title 21, United States Code § 841(a)(1)--
Possession of Heroin With Intent To Distribute; 18
U.S.C. §2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about July 6, 2004, at Boston, in the District of Massachusetts,

**FELIX ALVAREZ,**
**a/k/a Jose Luis,**
**a/k/a Jose Luis Medrano,**
**a/k/a Anibal DeJesus**

defendant herein, did knowingly and intentionally possess with intent to distribute, heroin, a Schedule I controlled substance.

The Grand Jury further charges that the offense in Count One involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section

841(b)(1)(B)(i) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

The defendant FELIX ALVAREZ, a/k/a Jose Luis, a/k/a Jose Luis Medrano, a/k/a Anibal DeJesus is accountable for at least 400 grams, but less than 700 grams, of heroin. Accordingly, USSG §2D1.1(c)(6) applies to the defendant.

**CRIMINAL FORFEITURE ALLEGATION**
(21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offenses alleged in Count One,

    **FELIX ALVAREZ,**
    a/k/a Jose Luis,
    a/k/a Jose Luis Medrano,
    a/k/a Anibal DeJesus

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including without limitation:

    (a)  $1,133 in United States currency seized from **FELIX ALVAREZ** by the Boston Policy Department on July 6, 2004.

2.  If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant

up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

Case 1:04-cr-10295-PBS   Document 1   Filed 09/23/2004   Page 5 of 8

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
GLENN A. MACKINLAY

Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS; September, 23 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/23/04 @ 2:35pm

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** Boston    **Category No.** II    **Investigating Agency** FBI

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Felix Alvarez    **Juvenile** ☐ Yes  ☒ No

**Alias Name** Anibal DeJesus, a/k/a Jose Luis, a/k/a Jose Luis Medrano

**Address** 75 Atherton Street, Jamaica Plain, MA

**Birth date (Year only):** 1963    **SSN (last 4 #):** 4601    **Sex** m    **Race:** Hispanic    **Nationality:** unknown

**Defense Counsel if known:** John Benzan    **Address:** 70 Warren Ave. Roxbury, MA

**Bar Number:**

**U.S. Attorney Information:**

**AUSA** Glenn A. MacKinlay    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes  ☐ No    **List language and/or dialect:** Spanish

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** 7/6/04

☒ Already in Federal Custody as 7/7/04 in Plymouth County H.O.C.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty    ☐ Misdemeanor    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 23, 2004    **Signature of AUSA:** _/s/ Glenn A. MacKinlay_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**      Felix Alvarez

## U.S.C. Citations

|  | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C 841(a) | Possession with Intent , Distribution of Heroin | 1 |
| Set 2 | 21 U.S.C. 853 | Criminal Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

This defendant has an unrelated pending case, Criminal No.  00-10418-REK.