AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

FILED
In Open Court
USDC, Mass
Date 10/15/04
By _____
Deputy Clerk 10:00 PM

APPEARANCE

Case Number: 04-10295-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Felix Alvarez
(+N) Jose Luis Medrano

I certify that I am admitted to practice in this court.

Oct 15, 2004
Date

Signature: John Benzan

Print Name: JOHN BENZAN      Bar Number: 555874

Address: 70 WARREN ST

City: Roxbury   State: MA   Zip Code: 02119-3208

Phone Number: (617) 442-8400   Fax Number: (617) 442-8460