

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*             *United States Courthouse, Suite 9200*
                                             *1 Courthouse Way*
                                             *Boston, Massachusetts 02210*

November 19, 2004

Attorney John Benzan
70 Warren Avenue
Roxbury, MA  02119


         Re:  United States v. FELIX ALVAREZ
              Criminal No.  04-10295-PBS

Dear Mr. Benzan:

   Enclosed please find in the above matter, a color copy of the photograph of Boston Red Sox baseball player, Pedro Martinez. The photograph was referenced in the reports as a basis for the police remembering the defendant from the wiretap investigation several years before.

   If you have any questions, please contact me.

                                 Very truly yours,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                        By:
                                 /s/ Glenn A. MacKinlay
                                 GLENN A. MACKINLAY
                                 Assistant U.S. Attorney

enclosure

cc:  Dianalynn Saccoccio
     Clerk to the Honorable Chief
     Magistrate Judge Marianne B. Bowler
     (w/o enclosure)