UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.:  04-10295-PBS |
| | ) | |
| FELIX ALVAREZ | ) | |

JOINT MEMORANDUM REGARDING STATUS CONFERENCE

    The parties through counsel, file this Joint Memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (A)(7).

    1.  The government believes that it has satisfied its current discovery obligations.  The defendant has not filed any discovery motions at this time.

    2.   The government has provided discovery regarding expert witnesses, but will do so in a timely fashion.  The defendant has not provided any reciprocal expert discovery.

    3.   At this point the parties do not anticipate providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.

    4.   The parties believe that a motion date should be established under Fed. R. Crim. P. 12(c).

    5.   The parties request an Interim Status Conference to permit the parties to continue plea discussions with this matter

and criminal number 00-10418-REK. The parties further request that the Court set a date in January for Final Status Conference. The parties agree that the time from the Interim Status Conference, December 15, 2004 to the Final Status Conference should be excluded under the Speedy Trial Act as it serves the interests of justice because it may allow the parties to resolve the cases against the defendant without a trial. The government will file a motion for excludable delay reflecting this agreement.

6.   Due to the multiple cases in which the defendant is charged, it is difficult to fairly predict whether this case will proceed to trial. If there is a trial, the parties anticipate that it will last approximately one week.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:   s/ Glenn A. MacKinlay
      GEORGE W. VIEN
      GLENN A. MACKINLAY
      Assistant U.S. Attorneys


By:   s/ John Benzan
      JOHN BENZAN, Esq.
      Attorney for the Defendant