UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
          v.                  )      Criminal No.:  04-10295-PBS
                              )
FELIX ALVAREZ                 )


ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  The government respectfully requests that the Court issue an order that excludes the time from the Initial Status Conference, December 15, 2004 to the date of the Final Status Conference on January 27, 2005 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the cases against the defendant may be resolved without a trial.  The defendant assents to this motion.


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                    By:   s/ Glenn A. MacKinlay
                          GEORGE W. VIEN
                          GLENN A. MACKINLAY
                          Assistant U.S. Attorneys