UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

CRIMINAL NOS.  00-10418-REK
               04-10295-PBS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MOTION TO CONTINUE & |
| v.  ) | ORDER OF EXCLUDABLE |
| ) | DELAY |
| FELIX ALVAREZ ) | |

Now comes John Patrick Benzan, counsel for the defendant, and moves this Honorable Court to continue the matter originally scheduled for January 27, 2005 to March 2, 2005 at 2:30 p.m. As reason thereof, counsel states that he could not appear on January 27th due to a brief illness.

Counsel respectfully requests that this Honorable Court issue an order that excludes the time from the January 27th scheduled Status Conference to March 2, 2005, the requested date of the Final Status Conference. As reason thereof, counsel states that such an order serves the interests of justice as these cases will likely be resolved short of trial. The government assents to this motion.

Respectfully submitted,

JOHN PATRICK BENZAN
BBO# 555874
70 WARREN STREET, SUITE 8
ROXBURY, MA 02119
(617) 442-8400
(617) 442-8460 Facsimile

Date: February 8, 2005