```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
          v.                 )    Criminal No.:  04-10295-PBS
                             )
FELIX ALVAREZ                )
```

ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  The government respectfully requests that the Court issue an order that excludes the time from the Initial Status Conference, January 27, 2005 to the date of the Final Status Conference on April 14, 2005 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served because the cases against the defendant may be resolved without a trial.  The defendant assents to this motion.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  s/ Glenn A. MacKinlay
                         GEORGE W. VIEN
                         GLENN A. MACKINLAY
                         Assistant U.S. Attorneys
```