

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *United States Courthouse, Suite 9200*
                                     *1 Courthouse Way*
                                     *Boston, Massachusetts 02210*

March 11, 2005

Attorney John Benzan
70 Warren Avenue
Roxbury, MA  02119


     Re:  United States v. FELIX ALVAREZ
          Criminal No. 04-10295-PBS / 00-10418-REK

Dear Mr. Benzan:

     Enclosed please find in the above matter, second copy of the pertinent call summary and the judgments reflecting the sentences of the co-defendants.

     If you have any questions, please contact me.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:
                              S/ Glenn A. MacKinlay
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

enclosures

cc:  Dianalynn Saccoccio
     Clerk to the Honorable
     Magistrate Judge Marianne B. Bowler
     (w/o enclosure)