# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

CRIMINAL NO. 04-10295-PBS

UNITED STATES OF AMERICA

v.

FELIX ALVAREZ
a/k/a Jose Luis
a/k/a Jose Lius Medrano
a/k/a Anibal DeJesus

## *FINAL STATUS REPORT*

April 14, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with the possession of heroin with the intent to distribute and aiding and abetting, was returned on September 23, 2004;

    2. The defendant was arraigned on the Indictment on October 15, 2004;

    3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately five to six witnesses and that the trial would last approximately one week;

5. Defense counsel has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, the parties have agreed to exclude the time through May 13, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge