UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No.:  04-10295-PBS |
| ) | |
| FELIX ALVAREZ             ) | |

ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY
FROM APRIL 14, 2005 TO MAY 13, 2005

The United States of America, through undersigned counsel, files this Motion For Order Of Excludable Delay.  The government respectfully requests that the Court issue an order that excludes the time from the Final Status Conference, April 14, 2005 to the date of May 13, 2005 under the Speedy Trial Act.  As reason therefore, the government states that the interests of justice are served by excluding the time under the Speedy Trial Act.  The defendant assents to this motion.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:   s/ Glenn A. MacKinlay
       GEORGE W. VIEN
       GLENN A. MACKINLAY
       Assistant U.S. Attorneys