UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.:  04-10295-PBS |
| | ) | |
| FELIX ALVAREZ | ) | |

<u>ASSENTED TO MOTION TO CONSOLIDATE CASES FOR PLEA AND SENTENCING</u>

  The United States of America, through undersigned counsel, files this Motion to Consolidate Cases for Plea and Sentencing. As reasons therefore, the government states that there are two matters presently pending against the defendant: the above matter pending before this court and criminal number 00-10418 pending before U. S. District Court Judge Robert E. Keeton.  The parties request that the matters be consolidated pursuant to Local Rule 40.1 (J) before Judge Keeton.  The consolidation of the matters for plea and sentencing would be in the interest of justice as it would facilitate the resolution of the two separate matters.  The defendant assents to this motion.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

          By: <u>s/ Glenn A. MacKinlay</u>
             GLENN A. MACKINLAY
             Assistant U.S. Attorney