```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No.: 04-10295-PBS |
| FELIX ALVAREZ | ) |

### ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY
### FROM MAY 13, 2005 TO JUNE 30, 2005

The Defendant, through undersigned counsel, files this Motion For Order Of Excludable Delay. The defendant respectfully requests that the Court issue an order that excludes the time from the Change of Plea Hearing, May 13, 2005 to the date of June 30, 2005 under the Speedy Trial Act. As reason therefore, the defendant states that the interests of justice are served by excluding the time under the Speedy Trial Act. The government assents to this motion.

Respectfully submitted,
FELIX ALVAREZ
By and through his counsel,

s/ John Benzan
JOHN BENZAN
BBO# 555875
70 Warren Street, Suite 8
Roxbury, Massachusetts  02119
(617) 442-8400, (617) 442-8460 Fax