UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) |  |
| ) |  |
| v.                            ) | Criminal No.: 04-10295-PBS |
| ) |  |
| FELIX ALVAREZ              ) |  |

**DEFENDANT'S MOTION TO CONTINUE AND MOTION FOR ORDER OF EXCLUDABLE DELAY FROM JUNE 23, 2005 TO JULY 19, 2005**

The Defendant, through undersigned counsel, files this Motion to Continue and Motion for Order of Excludable Delay. The defendant respectfully requests that the Court continue the Change of Plea Hearing scheduled for June 23, 2005 at 10:00 a.m. to July 19, 2005 or any subsequent date. Counsel further requests an afternoon hearing time due to a heavy state court schedule. As reason thereof, counsel states he needs additional time to review the evidence and plea agreement with the defendant. In addition, Attorney Mackinlay for the United States is currently out of the state attending a training seminar.

Counsel further requests that this Honorable Court issue an order that excludes the time from the Change of Plea Hearing, June 23, 2005 to July 19, 2005 under the Speedy Trial Act. As reason therefore, the defendant states that the interests of justice are served by excluding the time under the Speedy Trial Act.

    Respectfully submitted,
    FELIX ALVAREZ
    By and through his counsel,

    s/ John Benzan
    JOHN BENZAN
    BBO# 555875
    70 Warren Street, Suite 8
    Roxbury, Massachusetts  02119
    (617) 442-8400, (617) 442-8460 Fax