```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )
         v.                  )    Criminal No.:  04-10295-PBS
                             )
FELIX ALVAREZ                )
```

### GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Felix Alvarez notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Alvarez be awarded a three-point reduction for acceptance of responsibility.

```
                             Respectfully submitted,
                             MICHAEL J. SULLIVAN
                             United States Attorney


                        By:  s/ Glenn A. MacKinlay
                             GLENN A. MACKINLAY
                             Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing document by efiling and by mailing it to counsel for Felix Alvarez, Attorney John Benzan, 70 Warren Avenue, Roxbury, MA  02119

                                        <u>S/ Glenn A. MacKinlay</u>
                                        GLENN A. MACKINLAY