UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CRIMINAL NO.   04-10295-PBS

FELIX ALVAREZ
    Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

Saris, D.J.

    Counsel and the defendant were present for sentencing hearing on 10/12/05.  The Court has considered the factors set forth in 18 U.S.C. §3553(a), including the sentencing guidelines.  The reasons for sentence were stated in open court.

1.(a)  Were all factual statements contained in the Presentence Report (PSR) adopted without objection?

    __X__ yes  ____ no

(b)  If no to (a) the PSR was adopted in part with the exception of the following factual issues in dispute:

2.  Are any legal issues in dispute?

    ____ yes  __X__ no

If yes, describe disputed issues and their resolution:

2.(a)  Tentative findings as to advisory guidelines are:

Total Offense Level: __23__

Criminal History Category: __I__

__63__ to __71__ months imprisonment

__46__ to __57__ months supervised release

$ __10,000__ to $ __2 million__ fine

(plus $_____ cost of

        imprisonment/supervision)

$_____ restitution

$___100.00___ special assessment ($_____ on each of counts _____)

(b) Are there any legal objections to tentative findings?

_____ yes    __X__ no

3.(a) Remarks by counsel for defendant.[1]

__X__ yes    _____ no

(b) Defendant speaks on own behalf.

__X__ yes    _____ no

(c) Remarks by counsel for government.

__X__ yes    _____ no

4.(a) The sentence will be imposed as follows:

___46___ months imprisonment (TO RUN CONCURRENTLY WITH JUDGE KEETON'S SENTENCE)

_____ months/intermittent community confinement

_____ months probation

___48___ months supervised release

$ __10,000__ fine (including cost of imprisonment/supervision)

$_____ restitution

$ __100.00__ special assessment ($_____ on each of counts _____)

Other provisions of sentence: (community service, forfeiture, etc.):

- ORDER OF FORFEITURE
- COMPLIANCE WITH STANDARD CONDITIONS
- DEFENDANT SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE LAWFUL AUTHORITY TO DO SO.

(b) After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of

---

[1] The order of argument and/or recommendation and allocution may be altered to accord with the Court's practice.

        judgment in accordance with FRCrP 32(a)(2).

5.      Statement of reasons for imposing sentence.
          Check appropriate space.

(a) _X_ Sentence is within the advisory guideline range

(b) ___ Sentence departs from the advisory guideline range as a result of:

    ___ substantial cooperation upon motion of the government

OR

    ___ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

6.(a) Is the sentence under the advisory sentencing guidelines reasonable in light of the factors set forth in 18 U.S.C. §3553(a)

     _X_ yes    ___ no

(b)   If no, why is the guideline sentence unreasonable?

(c)   Is restitution applicable in this case?

     ___ yes    _X_ no

Is full restitution imposed?

     ___ yes    ___ no

If no, less than full restitution is imposed for the following reasons:

(d)   Is a fine applicable in this case?

     _X_ yes    ___ no

Is the fine within the guidelines imposed?

     ___ yes    _X_ no

If no, the fine is not within guidelines or no fine is

      imposed for the following reasons:

      <u> X </u> Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; OR

      <u>   </u> Imposition of a fine would unduly burden the defendant's dependents; OR

      <u>   </u> Other reasons as follows:

7. Was a plea agreement submitted in this case?

      <u>     </u> yes   <u> X </u> no

8. The PSR is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

9. Judgment will be prepared by the clerk in accordance with above.

10. The clerk will provide this Memorandum of Sentencing Hearing And Report on Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

<u>                </u>                   <u>    S/PATTI B. SARIS     </u>
    Date                           United States District Judge