```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
           Plaintiff,         )
                              )
        v.                    )    Criminal No. 04-10295-PBS
                              )
FELIX ALVAREZ,                )
    a/k/a Jose Luis,          )
    a/k/a Jose Luis Medrano,  )
    a/k/a Anibal DeJesus,     )
           Defendant.         )
```

**<u>MOTION FOR FINAL ORDER OF FORFEITURE</u>**

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant Title 21, United States Code, Section 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure.  In support thereof, the United States sets forth the following:

    1.  On or about September 23, 2004, a federal grand jury sitting in the District of Massachusetts returned a one-count Indictment charging defendant Felix Alvarez, a/k/a Jose Luis, a/k/a Jose Luis Medrano, a/k/a Anibal DeJesus (the "Defendant"), with the following violations:  Possession of Heroin with Intent to Distribute, and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2.

    2.  The Indictment also sought forfeiture, pursuant to 21 U.S.C. § 853, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or

indirectly, as a result of the offense charged in Count One; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, without limitation:

- $1,133.00 in United States Currency, seized from Felix Alvarez by the Boston Police Department on July 6, 2004 (the "Currency")[1].

3. On or about July 20, 2005, a change of plea hearing was held where Alvarez pled guilty to Count One of the Indictment.

4. On or about October 12, 2005, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Currency.

5. On or about July 25, 2006, August 1, 2006, and August 8, 2006, a Notice of Order of Forfeiture was published in The Boston Herald newspaper pursuant to 21 U.S.C. § 853(n) (see Docket Number 29).

6. To date, no other claims of interest in the Currency have been filed with the Court and the time within which to do so has expired.

---

[1] The actual amount of currency seized from Felix Alvarez on July 6, 2004 was $1,145.97.

WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture against the Currency in the form submitted herewith.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                              BY:   /s/Kristina E. Barclay
                                    GLENN A. MACKINLAY
                                    KRISTINA E. BARCLAY
                                    Assistant U.S. Attorneys
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA 02210
Date: October 4, 2006               (617) 748-3100
```

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion for Final Order of Forfeiture and the proposed Final Order of Forfeiture, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                                    /s/Kristina E. Barclay
                                    Kristina E. Barclay
                                    Assistant U.S. Attorney
Date: October 4, 2006
```