UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>         v.<br><br>FELIX ALVAREZ,<br>    a/k/a Jose Luis,<br>    a/k/a Jose Luis Medrano,<br>    a/k/a Anibal DeJesus,<br>        Defendant. | )<br>)<br>)<br>)  Criminal No. 04-10295-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL ORDER OF FORFEITURE**

**SARIS, D.J.,**

WHEREAS, on or about September 23, 2004, a federal grand jury sitting in the District of Massachusetts returned a one count Indictment charging Defendant Felix Alvarez, a/k/a Jose Luis, a/k/a Jose Luis Medrano, a/k/a Anibal DeJesus (the "Defendant"), with the following violations: Possession of Heroin with Intent to Distribute, and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2;

WHEREAS, the Indictment sought forfeiture, pursuant to 21 U.S.C. § 853, of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the offense charged in Count One,; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, without limitation:

Case 04-cr-10295-PBS   Document 30-2   Filed 10/04/2006   Page 2 of 3

- $1,133.00 in United States Currency, seized from Felix Alvarez by the Boston Police Department on July 6, 2004 (the "Currency")[1];

WHEREAS, on or about July 20, 2005, a change of plea hearing was held where Alvarez pled guilty to Count One of the Indictment;

WHEREAS, on or about October 12, 2005, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Currency;

WHEREAS, on or about July 25, 2006, August 1, 2006, and August 8, 2006, a Notice of Order of Forfeiture was published in The Boston Herald newspaper pursuant to 21 U.S.C. § 853(n); and

WHEREAS, to date, no other claims of interest in the Currency have been filed with the Court and the time within which to do so has expired;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  The United States' Motion for a Final Order of Forfeiture is allowed.

2.  The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

---

[1] The actual amount of currency seized from Felix Alvarez on July 6, 2004 was $1,145.97.

2

Case 1:04-cr-10295-PBS    Document 30-2    Filed 10/04/2006    Page 3 of 3

    3.    All other parties, having any right, title, or interest in the Currency, are hereby held in default.

    4.    The United States Marshals Service is hereby authorized to dispose of the Currency in accordance with applicable law.

    DONE AND ORDERED in Boston, Massachusetts, this __25__ day of __October__, 2006.

Dated:

                                        PATTI B. SARIS
                                        United States District Judge