| U.S. Department of Justice  United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF  UNITED STATES OF AMERICA | COURT CASE NUMBER  CR No. 04-10295-PBS |
|---|---|
| DEFENDANT  FELIX ALVAREZ | TYPE OF PROCESS  Preliminary Order of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | $1,145.97 in United States Currency, seized from Felix Alvarez by the Boston Police Department on July 6, 2004 |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

[RECEIVED U.S. MARSHALS SERVICE BOSTON, MA 2006 NOV 14 A 11:00]

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please dispose of the above-referenced U.S. Currency in accordance with the attached Final Order of Forfeiture and applicable law.

CATS No. 04-FBI-005078                                   LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of: [signature]  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER  (617) 748-3100 | DATE  Nov. 9, 2006 |
|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process  No. | District of Origin  No. 38 | District to Serve  No. 38 | Signature of Authorized USMS Deputy or Clerk  [signature] | Date  11/14/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (if not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service  11/14/06 | Time | am pm |
| | Signature of U.S. Marshal or Deputy  [signature] | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS   Transferred to the Asset Forfeiture Fund.   (5)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT